**Order entered June 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01285-CV

**ARUBA PETROLEUM, INC., Appellant**

**V.**

**LISA PARR, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01650-E**

## ORDER

We **GRANT** court reporter Vikki L. Ogden's third request for extension of time and

**ORDER** the record be filed no later than July 24, 2015. Because the reporter's record in this

appeal was first due November 6, 2014, we caution Ms. Ogden that failure to timely file the

record *may result in an order that she not sit as a court reporter until she complies*.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic

transmission to the Honorable Mark Greenberg, Judge of County Court at Law No. 5; Ms.

Ogden; and counsel for all parties.


/s/     CRAIG STODDART
        JUSTICE